AL TECH SPECIALTY STEEL CORP., ET AL., PLAINTIFFS v. UNITED STATES, DEFENDANT, AND POHANG IRON AND STEEL CO., LTD., ET AL., DEFENDANT-INTERVENORS

Court No. 98–10–03054

(Dated April 10, 2001)

## JUDGMENT ORDER

RIDGWAY, *Judge:* Upon consideration of the Final Results of Redetermination Pursuant to Court Remand ("Remand Determination") filed by Defendant, in the absence of any argument in opposition thereto, and upon due deliberation, it is hereby

ORDERED that the Remand Determination be, and hereby is, sustained in all respects; and it is further

ORDERED that this action be, and hereby is, dismissed.